STATE v. NEWSOME

No. 138P90

Case below: 97 N.C.App. 507

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

STATE v. RAMBO

No. 246P90

Case below: 98 N.C.App. 516

Petition by defendant for writ of supersedeas and temporary stay denied 13 June 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

STATE v. ROBINSON

No. 153P90

Case below: 97 N.C.App. 597

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 June 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

STATE v. SLADE

No. 180P90

Case below: 97 N.C.App. 667

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

STATE EX REL. COMR. OF INS. v. N.C. RATE BUREAU

No. 167P90

Case below: 97 N.C.App. 644

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.